JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| ANTHONY L. DEPINA, | ) | No. CV 16-5784-CAS (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| WARDEN MUNIZ, | ) | |
| Respondent. | ) | |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Petition in this matter is dismissed with prejudice.

DATED: December 16, 2016

/s/ Christina A. Snyder
HONORABLE CHRISTINA A. SNYDER
SENIOR UNITED STATES DISTRICT JUDGE